# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANNY JARVIS,

        Plaintiff,

v.

NYE COUNTY SHERIFFS SGT. MARTINES, SGT. RISING, SEN. DEPUTY ARMS,

        Defendants.

2:08-CV-1404 JCM (RJJ)

ORDER

    Presently before the court is pro se plaintiff Danny Jarvis' second motion to extend time to file a response to defendant's first motion for summary judgment (doc. #111). (Doc. #122).

    On July 16, 2010, this court granted plaintiff's first motion to extend time (doc. #113), so that the defendant could conduct further research. (Doc. #115). The order reset the deadline for filing his opposition to September 15, 2010. Defendant now comes before the court requesting a second sixty-day time extension so that he may obtain counsel.

    Good cause appearing,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's second motion to extend time to file a response to defendant's first motion for summary judgment (doc. #122) is hereby GRANTED. Plaintiff's shall file his opposition to the motion for summary judgment with the court by November 22, 2010.

    DATED this 24th day of September, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**