# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY JARVIS,<br><br>        Plaintiff,<br><br>v.<br><br>NYE COUNTY SHERIFFS SGT. MARTINES, SGT. RISING, SEN. DEPUTY ARMS,<br><br>        Defendants. | 2:08-CV-1404 JCM (RJJ)<br><br>ORDER |

Presently before the court is plaintiff's motion to extend time to respond to the defendants' motion for district judge to reconsider the order on defendants' motion for summary judgment (doc. #131). (Doc. #132). Plaintiff, presently representing himself, seeks a sixty day extension of time in which to retain counsel and respond to defendants' motion.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for extension of time (doc. #132) be, and the same hereby is, GRANTED. Plaintiff shall have until August 12, 2011, to file a response to defendants' motion (doc. #131).

DATED this 13th day of June, 2011.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**